UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>J. SCOTT VRIELING,<br>PATRICIA DIONN VRIELING,<br><br>               Defendants. | No. CR-11-057-RHW<br><br>*EX PARTE* ORDER<br><br>--- ACTION REQUIRED --- |

    Defendants Mr. and Mrs. Vrieling appeared on May 25, 2011, and represented they:

    1.   Do not want court-appointed counsel;

    2.   Do not want stand-by counsel;

    3.   Have moved for a 60 to 90 day continuance to locate retained counsel; and

    4.   Do not wish to waive their right to a speedy trial.

    The Defendants were instructed they must note their motion for continuance as soon as possible before Judge Whaley as it involves waiver of speedy trial and could result in continuance of their current trial dates. Defendants were reminded of their pretrial and trial dates.

    The Clerk of the Court is directed to send a copy of this Order to the Defendants at their addresses on record.

    DATED May 25, 2011.

                              S/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE

*EX PARTE* ORDER