1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7           EASTERN DISTRICT OF WASHINGTON

8    UNITED STATES OF AMERICA,

9           Plaintiff,                          No.  CR-11-057-RHW

10          v.

11   J. SCOTT VRIELING and                      **ORDER DENYING, AS
     PATRICIA D. VRIELING,                       MOOT, CERTAIN
12                                               PENDING MOTIONS**
            Defendants.

13
            On October 5, 2012, the jury returned a guilty verdict on all counts against
14
     Defendants. Throughout the trial, the parties filed various motions that the Court
15
     ruled on during the course of the proceedings.  In order to effectively manage its
16
     docket, it is necessary for the Court to formally rule on these motions. In doing so,
17
     the Court has reviewed the motions and has determined that the pending motions
18
     should be denied, as moot.
19
            Accordingly, **IT IS HEREBY ORDERED**:
20
            1.   The United States' Motion in Limine Regarding the Admissibility of
21
     Fed. R. Evid. 404(b), and, in the Alternative, Inextricably Intertwined Evidence,
22
     ECF No. 56) is **DENIED**, as moot.
23
            2.   The United States' *ex parte* Motion, ECF No. 102, is **DENIED**, as moot.
24
            3.   The United States' Motion in Limine Concerning the Admissibility of
25
     Legal and Tax Protestor Materials and to Limit the Scope of Defendants' Cross
26
     Examination of Government Witnesses, ECF No. 110, is **DENIED**, as moot.
27
            4.   The United States' Motion to Expedite, ECF No. 111, is **DENIED**, as
28
     moot.

     **ORDER DENYING, AS MOOT, CERTAIN PENDING MOTIONS** ~ 1

5. Defendants' Motion for Discovery as Retraxit with Status and Disclosure Affidavit of Material Facts in Support, ECF No. 117, is **DENIED**, as moot.

6. The United States' Motion to Add Sentence to Jury Instruction No. 5, ECF No. 126, is **DENIED**, as moot.

7. The United States' Motion to Expedite, ECF No. 127, is **DENIED**, as moot.

8. The United States' Motion in Limine to Exclude Documents the Defendants Submitted to the IRS Containing Self-Serving Hearsay, ECF No. 131, is **DENIED**, as moot.

9. The United States' Motion to Expedite, ECF No. 132, is **DENIED**, as moot.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and the Defendants.

**DATED** this 14th day of November, 2012.


_s/Robert H. Whaley_
ROBERT H. WHALEY
United States District Judge


Q:\RHW\aCRIMINAL\2011\Vrieling\pendingmotions.wpd

**ORDER DENYING, AS MOOT, CERTAIN PENDING MOTIONS** ~ 2