PROB 12C
(6/16)

Report Date:  November 4, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: J Scott Vrieling          Case Number: 0980 2:11CR00057-RHW-1

Address of Offender:                          , Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 2, 2013

| | |
|---|---|
| Original Offense: | Fail to File Return, Supply Information, Pay Tax, 26 U.S.C. § 7203 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 26, 2015 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: January 25, 2017 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You shall furnish financial information to the Internal Revenue Service (IRS), in order to determine taxes owing.  You shall file all delinquent and current tax returns as required by law. You shall pay any outstanding tax liability once assessed, including interest and penalties, either through lump sum or installment payments as approved by the IRS.  You shall provide a copy of any payment agreement to the supervising officer.  You shall allow reciprocal release of information between the supervising officer and the IRS. |
| | **Supporting Evidence**: On September 26, 2016, the Internal Revenue Service (IRS) began seizing Mr. Vrieling's assets due to Mr. Vrieling's lack of movement in selling his properties and making substantial payments towards his outstanding tax liability. The IRS had offered to not seize the defendant's home if he sold the remainder of his properties.  As of this date, documentation of the listing of only two properties has been received, with one small property having sold. Additionally, Mr. Vrieling has failed to make any estimated tax payments for Tax Year 2016 as required by federal law. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

**Prob12C**
**Re: Vrieling, J Scott**
**November 4, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/04/2016
_____

s/Curtis G. Hare
_____

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

11/7/2016
_____
Date