UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

J. SCOTT VRIELING,

    Defendant.

No. 2:11-CR-00057-RHW-1

**ORDER CONTINUING SUPERVISED RELEASE AND SUPERVISED RELEASE VIOLATION HEARING**

A hearing regarding alleged violations by Defendant J. Scott Vrieling of his conditions of supervised release was held in Spokane, Washington, on January 19, 2017. Mr. Vrieling was present, out of custody, and represented by counsel, Nicolas Vieth. Assistant United States Attorney George J. C. Jacobs, III, appeared on behalf of the government.

The Court found it necessary to continue the hearing and extend the term of supervised release for 90 days for the purposes of determining and resolving the issues involving restitution. *See* 18 U.S.C. § 3583(e)(2). Counsel for the parties will file their briefing and motions regarding the restitution issues. In preparation for the hearing, the parties will file respective lists of exhibits and witnesses, along with a summary of the exhibits and testimony. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Revocation Hearing is **RESET** for **April 18, 2017**, at **10:30**

**ORDER CONTINUING SUPERVISED RELEASE AND SUPERVISED RELEASE VIOLATION HEARING** ~ 1

**a.m.** in Spokane, WA.

2. Defendant J. Scott Vrieling shall remain on supervised release until **April 25, 2017**, subject to being continued further, for the purposes of determining and resolving the restitution issues.

3. The Government shall file its briefing and any motions by **February 21, 2017**, and responsive briefing shall be filed in accordance with the local rules.

4. At the same time as their initial briefing, the parties shall file their exhibit and witness lists, and summaries of the exhibits and testimony

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 24th day of January, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

.

**ORDER CONTINUING SUPERVISED RELEASE AND SUPERVISED RELEASE VIOLATION HEARING ~ 2**