Joseph H. Harrington
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>J. SCOTT VRIELING,<br><br>Defendant, | 2:11-CR-00057-RHW-001<br><br>United States' Notice of Termination of Writ of Execution |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney for the Eastern District of Washington, respectfully notifies the Court and the Defendant pursuant to 28 U.S.C. § 3203(d)(3)(C)(ii) of the sale of 6678 Road 5 NE, Moses Lake, WA 98837, Grant County parcel number 17-0177-002, on October 9, 2018, in accordance the Writ of Execution (ECF No. 284) and Order in Aid of Writ of Execution (ECF No. 291).

The sale of 6678 Road 5 NE, Moses Lake, WA 98837, Grant County parcel number 17-0177-002 resulted in payment to the Clerk of Court of $297,925.79, on

United States' Notice of Termination of Writ of Execution - 1

October 15, 2018. *See* Decl. of Therese Roberson, ¶ 2.

In lieu of execution on the other two properties subject to the Writ of Execution (6635 Winesap Rd., NE, Moses Lake, WA 98837 and 110 E. Broadway, Moses Lake, WA 98837), the Government and Defendant Vrieling entered into an agreement to allow the Government to market and sell real property owned by Defendant Vrieling located at 4999 NE Westshore Dr., Moses Lake, WA 98837. By agreement of the parties, $56,238.34 of the sale proceeds from the sale of 4999 NE Westshore Dr., Moses Lake, WA 98837 were applied to outstanding property taxes owed for ten (10) other properties owned by Defendant Vrieling in Grant County and Spokane County. The sale of property at 4999 NE Westshore Dr., Moses Lake, WA 98837, on October 9, 2018, resulted in payment to the Clerk of Court of $100,000.00 on October 15, 2018.  *See* Decl. of Therese Roberson, ¶ 3.

The foregoing payments totaling $397,925.79 have been applied to Defendant Vrieling's outstanding criminal judgment debt, <u>resulting in payment in full of said debt</u>. *See* Declaration of Therese Roberson, ¶¶ 3-5.

In addition to the foregoing restitution and fine payments, the sales of 6678 Road 5 NE and 4999 Westshore Drive NE, after payment of closing costs, fees, assessments, and property taxes, resulted in an additional payment of $346,898.95, to the Internal Revenue Service to be applied to Defendant's outstanding civil tax debts.

The United States therefore respectfully gives notice of termination of Writ of Execution with regard to 6635 Winesap Rd., NE, Moses Lake, WA 98837, Grant

United States' Notice of Termination of Writ of Execution - 2

County parcel number 31-1307-000; and 110 E. Broadway, Moses Lake, WA 98837, Grant County parcel number 9-0011-000.

DATED: October 18, 2018

                          JOSEPH H. HARRINGTON
                          United States Attorney

                          *s/Brian M. Donovan*
                          Brian M. Donovan
                          Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have emailed the foregoing to the following listed recipients not listed in ECF:

J. Scott Vrieling
c/o Steve Talbot, Attorney
10000 NE 7th Ave, Ste 100
Vancouver, WA 98685
stalbot@ifiber.tv

                          *s/Brian M. Donovan*
                          Brian M. Donovan
                          Assistant United States Attorney

United States' Notice of Termination of Writ of Execution - 3